# U.S. District Court
## Eastern District of Arkansas (Central Division)
### CRIMINAL DOCKET FOR CASE #: 4:23-mj-00189-JTK-1
#### Internal Use Only

Case title: USA v. Walker
Other court case number: 1:23-cr-00222-GBG District of Colorado - Denver Colorado

Date Filed: 09/14/2023

Assigned to: Magistrate Judge Jerome T. Kearney

### Defendant (1)

**Jovan Walker**  represented by **Mark Alan Jesse**
Jesse Law Firm, PLC
425 West Broadway
Suite E
North Little Rock, AR 72114
501-375-4422
Fax: 501-375-9915
Email: jesselawfirm@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**   **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**   **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**   **Disposition**
None

### Plaintiff

**USA**   represented by **John Ray White**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2621
Email: John.White2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

A TRUE COPY I CERTIFY
TAMMY H. Downs, CLERK
By _____ D.C.

| Date Filed | # | Docket Text |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2023 | 1 | Rule 5(c)(3) Documents Received as to Jovan Walker for District of Colorado, Denver Colorado. (lmc) (Entered: 09/14/2023) |
| 09/14/2023 | 2 | NOTICE OF HEARING as to Jovan Walker: Initial Appearance set for 9/19/2023 at 10:30 a.m. in Little Rock, Arkansas in Courtroom #4C before Magistrate Judge Jerome T. Kearney. (lmc) (Entered: 09/14/2023) |
| 09/18/2023 |   | (Court only) Attorney update in case as to Jovan Walker. Attorney Mark Alan Jesse for Jovan Walker added. (lmc) (Entered: 09/18/2023) |
| 09/19/2023 | 3 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)Minute Entry for proceedings held before Magistrate Judge Jerome T. Kearney: Initial Appearance in Rule 5(c)(3) proceedings as to Jovan Walker held on 9/19/2023: Court called to Order. Case called. Rights and charges explained. Mark Alan Jesse appointed for Jovan Walker. The defendant waived an Identity Hearing. The parties agreed to release. The defendant was released on standard and special conditions. The defendant is required to appear by VTC in front of District of Colorado Magistrate Judge Susan Prose on Wednesday, 9/27/2023 at 2:00 p.m. (Mountain Daylight Time) for his initial appearance in the District of Colorado. The VTC instructions for Magistrate Judge Proses courtroom are attached to the conditions of release. Court Adjourned. AUSA-Chris Givens; CJA-Mark Jesse; USPO-Aumri Duncan (ECRO: L. Coleman.) (lmc) (Entered: 09/19/2023) |
| 09/19/2023 | 4 | CJA 23 Financial Affidavit (sealed) by Jovan Walker. (lmc) (Entered: 09/19/2023) |
| 09/19/2023 | 5 | ORDER APPOINTING CJA ATTORNEY Mark Alan Jesse for Jovan Walker. Signed by Magistrate Judge Jerome T. Kearney on 09/19/2023. (lmc) (Entered: 09/19/2023) |
| 09/19/2023 | 6 | ORDER re exculpatory evidence as to Jovan Walker. Signed by Magistrate Judge Jerome T. Kearney on 09/19/2023. (lmc) (Entered: 09/19/2023) |
| 09/19/2023 | 7 | ORDER Setting Conditions of Release as to Jovan Walker (1) OR/Standard and Special Conditions. Signed by Magistrate Judge Jerome T. Kearney on 09/19/2023. (lmc) (Entered: 09/19/2023) |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America                                            **Plaintiff**

v.                        Case No.: 4:23-mj-00189-JTK

Jovan Walker                                                        **Defendant**

---

## NOTICE OF HEARING

PLEASE take notice that a Initial Appearance has been set in this case for September 19, 2023, at 10:30 AM before Magistrate Judge Jerome T. Kearney in Little Rock Courtroom # 4C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** September 14, 2023                AT THE DIRECTION OF THE COURT
                                            TAMMY H. DOWNS, CLERK

                                            By: LaShawn M Coleman, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  4:23-MJ-00189-1-JTK-JTK

JOVAN WALKER,

    Defendant.

## ORDER APPOINTING COUNSEL

Based upon the completed affidavit or testimony of defendant Jovan Walker, concerning their financial ability to employ counsel, Jovan Walker is entitled to counsel, but cannot afford to hire a private lawyer.

IT IS THEREFORE ORDERED that Mark Alan Jesse is appointed to represent Jovan Walker in all further proceedings.

IT IS SO ORDERED this date of 9/19/2023.

/s/ Jerome T Kearney
_____
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                       E.D. Ark. Case No. 4:23-mj-00189-JTK-1
                         D. Colo. Case No. 23-cr-00222-GPG

JOVAN WALKER                                                                            DEFENDANT

## ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the Defendant all exculpatory evidence—that is evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence to the defense in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

IT IS SO ORDERED this 19th day of September, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE