IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-222-GPG

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3. JOVAN WALKER

      Defendant.

## ENTRY OF APPEARANCE

Barrett Weisz enters his appearance as CJA counsel of record for Defendant Jovan Walker in the above captioned matter.

Respectfully submitted this 20th day of September, 2023.

                                  */s/ Barrett Weisz*
                                  Barrett Weisz
                                  900 Arapahoe Avenue
                                  Boulder, CO  80302
                                  (303-443-0521
                                  Weiszllc@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of September 2023, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ Barrett Weisz*
                                          Barrett Weisz