IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-222-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  JOVAN WALKER,

    Defendant.

## PROTECTIVE ORDER

THIS MATTER, coming before the Court upon the Government's Unopposed Motion for a Protective Order (the "Motion"),

IT IS HEREBY ORDERED that:

Because the materials described in the Motion contain sensitive information (the "Protected Discovery Material"), and the Court finds that good cause has been established to enter a Protective Order concerning the use, dissemination, and disposition of a subset of information that may be disclosed in discovery in this case, such disclosure shall be pursuant to the following conditions:

    a)    Documents to be treated as Protective Discovery Material under the Order shall be stamped "Protective Discovery Material;"

b) The Protected Discovery Material produced by the Government may be used only in this case and for no other purpose without further order from this Court;

c) Defense counsel and members of the defense team, including any defense attorneys, experts, investigators, or staff from defense counsel's offense deemed by defense counsel to be necessary for the purpose of preparing a defense in this case (the "Defense Team") may review and use the Protected Discovery Materials to prepare a defense in this case;

d) Because the defendant's health condition currently limits his ability to travel, the Defense Team may send the defendant a copy of the Protected Discovery Material.[1]  The defendant may not distribute it, share it, or allow anyone else to view it (other than members of the Defense Team) and must otherwise abide by the terms of this Protective Order with respect to the Protective Discovery Materials;

e) Defense counsel must obtain leave of the Court before the Defense Team or the defendant publishes or disseminates Protected Discovery Material to anyone other than members of the Defense Team; and

f) Members of the Defense Team and/or the defendant shall remain in control of the Protected Discovery Material at all times, including any copies thereof.

---

[1] The Government intends to produce redacted copies of the Protected Witness Information to defense counsel to produce to his client under the terms of this Protective Order.  The Government will produce unredacted copies of these same documents to counsel.  The Government does not object to defense counsel informing his client of the information behind the redactions, but wants to prevent the unredacted copies from leaving the Defense Team's control.

By signing this document, I agree to be bound by the terms of this Protective Order:

_____  
Barrett Weisz  
Counsel for the defendant

_____  
JOVAN WALKER  
Defendant

Dated this __29__ day of September, 2023.

BY THE COURT:

_____  
HON. GORDON P. GALLAGHER  
UNITED STATES DISTRICT JUDGE  
DISTRICT OF COLORADO