IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-222-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3. JOVAN WALKER**

    Defendant.

---

### NOTICE OF CHANGE OF CONTACT INFORMATION

---

Pursuant to local rule D.C.COLO.LAttyR 5(c), Barrett Weisz submits this Notice of Change of Contact Information. As of November 1, 2023, Barrett Weisz is changing firms from Barrett Weisz, LLC to Nielsen Weisz, LLC. Mr. Weisz's new contact information is as follows:

    1800 15th Street, Suite 101
    Denver, Colorado 80202
    (303) 443-0521
    Barrett@nwlitigation.com

Respectfully submitted this 1st day of November, 2023

    */s/ Barrett Weisz*
    Barrett Weisz
    Nielsen Weisz, LLC
    1800 15th Street, Suite 101
    Denver, CO  80202
    (303) 443-0521
    Barrett@nwlitigation.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November 2023, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Barrett Weisz
Barrett Weisz