IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-222-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  JOVAN WALKER,

    Defendant.

**JOINT SPEEDY TRIAL MEMORANDUM**

Pursuant to the Court's November 1, 2023, Order at ECF #55, the parties jointly file the instant speedy trial memorandum.

The above-captioned defendant made his initial appearance in the District of Colorado on September 27, 2023, and was released on bond that same day. ECF #39. Pursuant to 18 U.S.C. § 3161(c)(1), the defendant's appearance in this District started the 70-day speed trial clock.

On October 30, 2023, the counsel for the defendant filed a motion for an ends of justice continuance. ECF #52.  As of October 30, 2023, 37 days remained on the speedy trial clock. This motion was denied without prejudice on November 1, 2023. ECF #54. The speedy trial clock was therefore tolled from October 30, 2023 - November 1, 2023, pursuant to 18 U.S.C. § 3161(h)(1)(D), and as of November 1, 2023, 37 days still remained on the clock.

On November 2, 2023, the defendant renewed his ends of justice motion. ECF #54. This motion again tolled the speedy trial clock.  18 U.S.C. § 3161(h)(1)(D).  On November 2, 2023, 36 days remained on the clock, and 36 days remain as of the filing of the instant memorandum on November 3, 2023.

A summary of this narrative follows:

| Event | Date | ECF # | Days remaining |
|---|---|---|---|
| Initial appearance in District of Colorado | 09/27/2023 | ECF #39 | 70 |
| Defendant's ends of justice motion filed | 10/30/2023 | ECF #52 | 37 |
| Ends of justice motion denied without prejudice | 11/01/2023 | ECF #54 | 37 |
| Defendant's renewed ends of justice motion filed | 11/02/2023 | ECF #56 | 36 |
| Filing of the instant memorandum | 11/03/2023 | ECF #57 | 36 |

Respectfully submitted this 3rd day of November, 2023.

COLE FINEGAN
United States Attorney

By: *s/ Andrea Surratt*
ANDREA SURRATT
Assistant United States Attorney
1801 California St. Suite 1600
Denver, CO 80202
Tel: 303-454-0100
Email: andrea.surratt@usdoj.gov
Attorney for the Government

*/s Barrett Weisz*
BARRETT WEISZ
Nielsen Weisz, LLC
1800 15th Street, Suite 101
Denver, CO  80202
Tel: (303) 443-0521
Email: barrett@nwlitigation.com