UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 23-cr-00222-GPG

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

2.     JONATHAN ARVAY,

        Defendant.
_____

**RESPONSE TO DEFENDANT WALKER'S AMENDED UNOPPOSED
MOTION FOR ENDS OF JUSTICE CONTINUANCE (Doc. No. 56)**
_____

        Jonathan Arvay, by his attorneys, Martha H. Eskesen of MARTHA H. ESKESEN, P.C, and Peter R. Bornstein of THE LAW OFFICES OF PETER R. BORNSTEIN, pursuant to the Court's Order at Doc. No. 58, responds to Defendant Jovan Walker's Amended Motion for Ends of Justice Continuance, filed November 2, 2023 at Doc. No. 56, as follows:

        1.     Prior to Defendant Walker's arrest, the Court granted an unopposed ends-of-justice continuance of 90 days from the then existing speedy trial deadline of October 19, 2023, requested by Mr. Arvay (Doc. No. 28), established a new speedy trial deadline of January 17, 2024, and issued orders establishing the following dates/deadlines:

        November 17, 2023 – pretrial motions deadline
        November 30, 2023 at 3:00 p.m. – telephone status conference (with

December 4, 2023 – response deadline (Doc. No. 33).

2. The speedy trial calculation as to Mr. Arvay is as follows:

    a. Mr. Arvay made his initial appearance on August 10, 2023, and was released on bond that day. (Doc. No. 14). Pursuant to 18 U.S.C. § 3161(c)(1), the speedy trial clock started that day.

    b. On August 21, 2023, the government filed its Unopposed Motion for Protective Order. (Doc No. 25). The Court granted the motion that day. (Doc. No. 26). No tolling resulted.

    c. On September 11, 2023, Mr. Arvay filed his unopposed motion for an ends of justice exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), seeking a 90-day exclusion of time from the then existing speedy trial deadline of October 19, 2023. (Doc. No. 28) As of September 11, 2023, thirty-two (32) days had passed since August 10, 2023, leaving thirty-eight days until October 19, 2023.

    d. The Court granted Mr. Arvay's unopposed motion for an ends of justice exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) on September 15, 2023. (Doc. No. 33). As of that date, 38 days remained on the clock and 38 days remain as of this filing.

2. Defendant Walker first appeared before this Court on September 27, 2023. The 70-day speedy trial deadline as to him is November 29, 2023. However, pursuant to 18 U.S.C. § 3161(h)(6), a reasonable period of delay is excluded from Mr. Walker's speedy trial calculation because he is joined for trial with Jonathan Arvay as to whom the time for trial has not run.

3. Mr. Arvay asserts his rights to a speedy trial as guaranteed by the Sixth Amendment and the Speedy Trial Act of 1974. 18 U.S.C. § 3161, et seq.

4.     Therefore, Mr. Arvay objects to the 180 day an ends-of-justice exclusion of time until June 4, 2023 requested by Defendant Walker.

5.     Mr. Arvay does not otherwise oppose an exclusion of time until February 29, 2024.

Dated:  November 9, 2023          MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
7887 East Belleview Avenue, Ste. 1100
Denver, CO 80111
Telephone: (303) 228-1668
Facsimile: (303) 573-4921
Email: meskesen@eskesenlaw.com

**THE LAW OFFICES OF PETER R. BORNSTEIN**

*s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza, Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
Email: pbornstein@prblegal.com

*Attorneys for Jonathan Arvay*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on November 9, 2023, I electronically filed the foregoing **RESPONSE TO DEFENDANT WALKER'S AMENDED UNOPPOSED MOTION FOR ENDS OF JUSTICE CONTINUANCE (Doc. No. 56)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Jonathan Arvay       (via electronic mail)        MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
7887 East Belleview Avenue, Ste. 1100
Denver, CO 80111
Telephone: (303) 228-1668
Facsimile: (303) 573-4921
Email: meskesen@eskesenlaw.com